*E-Filed 6/16/11*

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:10-cv-05121-RS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| v. | |
| ROSAURO R. SOLIONGCO, et al. | |
| Defendants. | |

TO THE HONORABLE RICHARD SEEBORG, THE DEFENDANT/S AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for June 23, 2011 at 10:00 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Rosauro R. Soliongco, individually and d/b/a Tipanan.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for June 23, 2011 at 10:00 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: June 15, 2011                  */s/ Thomas P. Riley*
                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                      By: Thomas P. Riley
                                      Attorneys for Plaintiff
                                      J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-05121-RS styled *J & J Sports Productions, Inc. v. Rosauro R. Soliongco, et al.*, is hereby continued from 10:00 AM, June 23, 2011 to _ August 25, 2011 at 10:00 a.m. _____.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____          Dated:__ 6/16/11 _____
**THE HONORABLE RICHARD SEEBORG**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///