1 | **Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 | **First Library Square**
**1114 Fremont Avenue**
3 | **South Pasadena, CA 91030-3227**

4 | **Tel: 626-799-9797**
**Fax: 626-799-9795**
5 | **TPRLAW@att.net**

6 | **Attorneys for Plaintiff**
7 | **J & J Sports Productions, Inc.**

8 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9 | **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 4:10-cv-05121-RS** |
| **Plaintiff,** | **PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER** ~~(Proposed)~~ **AS MODIFIED BY THE COURT** |
| **v.** | |
| **ROSAURO R. SOLIONGCO, et al.** | |
| **Defendants.** | |

**TO THE HONORABLE RICHARD SEEBORG, THE DEFENDANT/S AND HIS ATTORNEY/S OF RECORD:**

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Rosauro R. Soliongco individually and d/b/a Tipanan.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1. On November 12, 2010, Plaintiff's Complaint was filed against Defendants Rosauro R. Soliongco individually and d/b/a Tipanan.

2. Plaintiff has still not perfected service of the initiating suit papers upon the Defendant, Rosauro R. Soliongco, despite diligent efforts to do so (Please see Affidavit of Diligence as Plaintiff's Exhibit 1).

3. Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Case Management Conference presently set for August 25, 2011 at 10:00 AM.   As set

PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:10-cv-05121-RS

1  forth below Plaintiff respectfully requests that the Court continue the Case Management Conference
2  and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days
3  forward.

4      4.      Plaintiff recently identified an alternative address (10718 Nathanson Ave., Cupertino,
5  CA 95014) that it believes *will* be successful to serve its initiating suit papers, upon the Defendant
6  and has directed its process servers to rush serve the initiating suit papers upon Defendant at this
7  address.

8      **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case
9  Management Conference, presently scheduled for August 25, 2011 at 10:00 AM and permit an
10  additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons
11  and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative,
12  a Notice of Voluntary Dismissal as to Defendant.

13

14                                        Respectfully submitted,

15

16  Dated: August 18, 2011          */s/ Thomas P. Riley*
17                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
18                                  By: Thomas P. Riley
                                    Attorneys for Plaintiff
19  ///                             J & J Sports Productions, Inc.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 3:10-cv-05121-RS

## ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-05121-RS styled *J & J Sports Productions, Inc. v. Rosauro R. Soliongco, et al.*, is hereby continued from 10:00 AM, August 25, 2011 to __10/27/11 AT 10:00 A.M._____.

Plaintiff is granted an additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Rosauro R. Soliongco individually and d/b/a Tipanan, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.   No further extension of time shall be granted and failure to effect service within 45 days of the date of this order will result in dismissal of the complaint

IT IS SO ORDERED:

_____

**THE HONORABLE RICHARD SEEBORG**
**United States District Court**
**Northern District of California**

Dated: 8/19/11_____

///
///
///
///
///
///
///

# Exhibit 1

THOMAS P. RILEY, SBN: 194706
THOMAS P. RILEY, LAW OFFICES OF
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030
(626) 799-9797
Fax: (626) 799-9795
tprlaw@att.net

ATTORNEY FOR (Name): PLAINTIFF

Ref. No. or File No.: TIPANAN 11-14-09

Last day(s) to serve, if any:

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC

DEFENDANT/RESPONDENT:
SOLIONGCO

| *** STATUS REPORT *** Attn: | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C10-05121 DMR |

We received the within process in our Process Department on January 11, 2011. We have attempted to effect service on the following party at the address(es) indicated below.

Servee: ROSAURO R. SOLIONGCO, INDIVIDUALLY AND DBA TIPANAN

Residence: 306 HACKAMORE LANE, FREMONT, CA 94539

Business: 6275 JARVIS AVENUE, #N, NEWARK, CA 94560

Our attempts at service include, but are not limited to, the following dates, times and status detail:

| | |
|---|---|
| February 1, 2011 04:30 pm | NEW ADDRESS PER STEFANIE: 6275 JARVIS AVENUE, #N, NEWARK, CA 94560. |
| February 4, 2011 02:56 pm | BUSINESS/OFFICE LOCKED. |
| February 8, 2011 05:39 pm | BUSINESS/OFFICE LOCKED. |
| February 12, 2011 11:07 am | BAD ADDRESS (BUSINESS): 6275 JARVIS AVENUE, #N, NEWARK, CA 94560. SUBJECT SOLD THE BUSINESS 1 YEAR OLD, PER CURRENT OWNER. |
| February 28, 2011 12:40 pm | LEASING OFFICE LOCKED. (HACKAMORE). |
| March 2, 2011 04:08 pm | BAD ADDRESS (RESIDENCE): 306 HACKAMORE LANE, FREMONT, CA 94539. THE GIVEN ADDRESS APPEARS TO BE VACANT, NO FURNITURE INSIDE. VERIFIED WITH MAINTENANCE MAN OF THE PROPERTIES. |

Date: March 3, 2011

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us on route or fax it to: (213) 481-7343. Thank you.

**Absolute Service of Los Angeles**
1301 West Second Street, Suite 208, Los Angeles, CA 90026 (213) 481-7334

*** SERVICE OF PROCESS STATUS REPORT ***

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 18, 2011, I served:

## PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Rosauro R. Soliongco (Defendant)
6275 Jarvis Avenue # N
Newark, CA 94560

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 18, 2011, at South Pasadena, California.

Dated: August 18, 2011

*/s/ Maria Baird*
**MARIA BAIRD**